IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEAN MARIE PETERSON, ) | Case No.1:16CV769 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On March 29, 2016, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Jonathan D. Greenberg pursuant to Local Rule 72.2(b). On January 25, 2017, the Magistrate Judge recommended that the final decision of the Commissioner be vacated and the case remanded.(Dkt. #17). On February 8, 2017, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating they will not be objecting.

Therefore, Magistrate Judge Greenberg's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:2/9/2017  *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE